3782.  FLEMISTER GROCERY COMPANY *v.* WRIGHT MERCANTILE
AND LUMBER COMPANY.

HILL, C. J.   1. A mere casual or temporary absence of a debtor from the
State on business or pleasure will not render him a non-resident, within
the meaning of the statute relating to attachments.  *Stickney* v. *Chap-
man*, 115 *Ga.* 761 (42 S. E. 68).

2. Where an attachment was issued on the ground of non-residence, and this
ground was traversed by the defendant, it was not erroneous to allow him
to testify that he was only temporarily absent from the State on busi-
ness, and that he intended to come back to Georgia to live.  The fact
of actual residence is to be determined by the ordinary and obvious in-
dicia of residence; and where one leaves the State of his residence, his
declaration that he intended his absence to be only temporary, and that
he intended to return to the State of his residence, is explanatory of his
conduct and is competent.

3. No error of law appears, and the facts disclosed by the record fully
support the verdict in favor of the traverse of the ground of non-resi-
dence.                                                   *Judgment affirmed.*

DECIDED MARCH 6, 1912.

Attachment—appeal; from Murray superior court—Judge Fite.
October 11, 1911.

*W. W. Sampler*, for plaintiff.  *W. E. Mann*, for defendant.